In the Matter of the Application of KNAPP & FRENCH, INC., for Voluntary Dissolution.

FRED F. FRENCH and Another, Appellants; EDWARD J. KNAPP, Respondent.

Appeal from an order, entered June 23, 1915, granting a motion requiring the petitioners to give an undertaking as a condition of granting an order for an injunction and a receiver. Appeal from an order, entered June 30, 1915, dismissing the proceeding for failure to give said undertaking. Appeal from an order, entered August 19, 1915, granting a motion to resettle both the above orders.

PER CURIAM: The appeals from the orders entered on the 23d day of June, 1915, and the 30th day of June, 1915, are dismissed on the ground that those orders were subsequently resettled by the order entered on August 19, 1915. The order entered on the 19th day of August, 1915, is affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. In each of the first two appeals: Appeal dismissed, with ten dollars costs and disbursements. In the third appeal: Order affirmed, with ten dollars costs and disbursements. Orders to be settled on notice.

---

WILLIAM A. REES and Another, Respondents, v. UNITED STATES OXYGEN COMPANY, Appellant, Impleaded with Others.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 30th day of January, 1915, denying in part a motion for an order assessing damages sustained by defendant by reason of an injunction.

PER CURIAM: The question as to the amount of damages having been submitted to the Special Term, that court found that the defendant had sustained damages to the amount of the undertaking. The court deducted from that, however, the amount of taxable costs which had been paid by the plaintiffs to the defendant. Such a deduction seems to be entirely unwarranted. (*Brooks* v. *Racich Asbestos Mfg. Co.*, 137 App. Div. 280.) The order must, therefore, be modified by fixing the amount to be paid by the surety on the undertaking at the sum of $250, and as thus modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.